Law Offices of
MATTHEW C. DAVIDSON, LTD.
1859 N. Grand Ave. Suite 1
Nogales, AZ, 85621
(520) 281-0433
Matthew C. Davidson, SBN 015021
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case NO. 11CR-00794-01 |
| Plaintiff, | NOTICE OF JOINDER |
| vs. | |
| 1. DINO SISNEROS, | |
| Defendant. | |

Defendant, by and through counsel undersigned, hereby notifies this Court that he joins in the Motion to release Government Disclosure filed by his Co-Defendant.  Counsel has no objection to the Government's Motion for Protective Order as long as the order language specifically allows for providing a copy of the disclosure **to the client** with the precautions as specified by the Government.

RESPECTFULLY SUBMITTED this 18th day of April, 2011.

*/s/Matthew C. Davidson*
Matthew C. Davidson,
Attorney for
Defendant

-1-

1 | Copy of the foregoing
  | mailed this 18th day of
2 | April, 2011 to;

3 | Assistant United States Attorney

4 | Co-Counsel