Law Offices of
MATTHEW C. DAVIDSON, LTD.
1859 N. Grand Ave. Suite 1
Nogales, AZ, 85621
(520) 281-0433
Matthew C. Davidson, SBN 015021
Attorney for Defendant Dino Sisneros

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) Case NO. 11CR-00794-01 |
| Plaintiff, | ) MOTION FOR DISCLOSURE; MOTION TO |
| vs. | ) UNSEAL APPLICATION FOR SEARCH |
| | ) WARRANT (IF APPLICABLE), AFFIDAVIT |
| 1. DINO SISNEROS, | ) IN SUPPORT OF SEARCH WARRANT, |
| | ) SEARCH WARRANT, AND INVENTORY FROM |
| Defendant. | ) SEARCH WARRANT |

Excludable delay under 18 U.S.C. 3161(h)(1)(F) will occur as a result of this motion or of an order based thereon.

Defendant, by and through counsel undersigned, hereby moves this Court for an order to unseal the application for search warrant (if applicable), affidavit in support of search warrant, search warrant, and any inventory for all items seized from the search warrant in Case No. 07-00703-M.  The materials at issue were seized from Defendant Sisneros' residence.  These materials are included apparently in the Government's disclosure in this matter.  Counsel undersigned thought that this issue was solved at the last pretrial conference, but apparently not.  Counsel undersigned has been told by the Government that the Government will not disclose these materials

-1-

1  without a court order mandating disclosure and unsealing these
2  materials.
3      The Government, per Jon Granoff, has no objection to this
4  motion.
5      WHEREFORE, Defendant moves this Court for an order unsealing
6  the documents at issue in Case No. 07-00703M and ordering the
7  Government to disclose same.
8      RESPECTFULLY SUBMITTED this 24th day of Aug., 2011.

*/s/Matthew C. Davidson*
Matthew C. Davidson,
Attorney for
Defendant

13  Copy of the foregoing
    Efiled this 24th day of
14  Aug., 2011 to;
15  Assistant United States Attorney
16  Co-Counsel
17  By: MCD

-2-