# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America,
PLAINTIFF,

vs.

Dino Sisneros, et al.,
DEFENDANT.

CR 11-794-TUC-RCC

Defendant Dino Sisneros' Objections to Government's Proffered Exhibits

| NO | Hearsay | Hearsay w/i Hearsay | Lack of Foundation | Not Relevant | Crawford | EXHIBIT |
|---|---|---|---|---|---|---|
| 1 | X | X | X | X | | Property Diagram for 4425 N. Pontatoc Road (**T#1**) (**Bates Nos. 67609 – 67611**) |
| 2A | X | X | X | X | | Letter from Citi Residential dated March 14, 2008 (**T#'s 1, 2, 5, 8, and 8512 N. La Oesta**) (**Bates No. 6199**) |
| 2B | X | X | X | X | | Loan File for 4425 N. Pontatoc Road Produced by Citi-Residential Lending; copy of Mortgage and Final Title Policy (**T#1**) (**Bates Nos. 6300, 6302 – 6492, 6495 – 6527**) |
| 3 | X | X | X | X | | Certified Copy of Deed of Trust for 4425 N. Pontatoc Road (**T#1**) (**Bates Nos. 69015 – 69034**) |
| 4 | X | X | X | X | | Property Diagram for 6011 N. Panorama Drive (**T#2**) (**Bates Nos. 67612 – 67614**) |
| 5 | X | X | X | X | | Loan File for 6011 N. Panorama Drive Produced by Citi-Residential; copy of Mortgage and Final Title Policy (**T#2**) (**Bates Nos. 7197 – 7418; 7421 - 7458**) |
| 6 | X | X | X | X | | Certified Copy of Deed of Trust for 6011 N. Panorama Drive (**T#2**) (**Bates Nos. 68965 – 68988**) |
| 7 | X | X | X | X | | Property Diagram for 8718 N. Mahogany Road (**T#3**) (**Bates Nos. 67615 – 67617**) |

| NO | Hearsay | Hearsay w/i Hearsay | Lack of Foundation | Not Relevant | Crawford | EXHIBIT |
|---|---|---|---|---|---|---|
| 8 | X | X | X | X | | Loan File for 8718 N. Mahogany Road Produced by Wallick and Volk (**T#3**) (**Bates Nos. 37563 – 37851**) |
| 9 | X | X | X | X | | Certified Copy of Deed of Trust for 8718 N. Mahogany Road (**T#3**) (**Bates Nos. 68946 – 68964**) |
| 10 | X | X | X | X | | Property Diagram for 5745 W. Sunset Road (**T#4**) (**Bates Nos. 67621 – 67623**) |
| 11 | X | X | X | X | | Loan File for 5745 W. Sunset Road Produced by Specialized Loan Servicing (**T#4**) (**Bates Nos. 34690-34790**) |
| 12 | X | X | X | X | | Certified Copy of Deed of Trust for 5745 W. Sunset Road (**T#4**) (**Bates Nos. 68555 – 68569; 68570 – 68590**) |
| 13 | X | X | X | X | | Property Diagram for 1400 W. Calle Concordia (**T#5**) (**Bates Nos. 67618 – 67620**) |
| 14 | X | X | X | X | | Loan File for 1400 W. Calle Concordia Produced by Citi-Residential Lending (**T#5**) (**Bates Nos. 8173 – 8288, 8293 – 8388**) |
| 15 | X | X | X | X | | Certified Copy of Deed of Trust for 1400 W. Calle Concordia (**T#5**) (**Bates Nos. 68639 – 68658**) |
| 16 | X | X | X | X | | Property Diagram for 1540 W. Daybreak Circle (**T#6**) (**Bates No. 67624**) |
| 17A | X | X | X | | X | Custodian Affidavit from HSBC (**T#6**) (**Bates Nos. 69108 – 69109**) |
| 17B | X | X | X | X | | First Loan File for 1540 W. Daybreak Circle Produced by HSBC (**T#6**) (**Bates Nos. 22847 -23037**) |
| 17C | X | X | X | X | | Second Loan File for 1540 W. Daybreak Circle Produced by HSBC (**T#6**) (**Bates Nos. 66580-66773**) |
| 18 | X | X | X | X | | Certified Copy of Deed of Trust for 1540 W. Daybreak Circle (**T#6**) (**Bates Nos. 68859 – 68877; 68879 – 68886**) |
| 19 | X | X | X | X | | Property Diagram for 2302 N. Camino Cascabel (**T#7**) (**Bates Nos. 67625 – 67627**) |
| 20A | X | X | X | | X | Custodian Affidavit from GMAC (**T#7**) (**Bates Nos. 20676**) |

| NO | Hearsay | Hearsay w/i Hearsay | Lack of Foundation | Not Relevant | Crawford | EXHIBIT |
|---|---|---|---|---|---|---|
| 20B | X | X | X | X | | Loan File for 2302 N. Camino Cascabel Produced by GMAC (**T#7**)(**Bates Nos. 20257 – 20675**) |
| 21 | X | X | X | X | | Certified Copy of Second Deed of Trust and Deed of Trust for 2302 N. Camino Cascabel (**T#7**) (**Bates Nos. 68702 – 68705; 68706 – 68729**) |
| 22 | X | X | X | X | | Property Diagram for 5936 E. Paseo Cimarron (**T#8**) (**Bates Nos. 67628 – 67630**) |
| 23 | X | X | X | X | | Loan File for 5936 E. Paseo Cimarron Produced by Argent Mortgage (**T#8**) (**Bates Nos. 9662 – 9700; 66990 – 67271**) |
| 24 | X | X | X | X | | Certified Copy of Deed of Trust for 5936 E. Paseo Cimarron (**T#8**) (**Bates Nos. 68989 – 69014**) |
| 25 | X | X | X | X | | Property Diagram for 6840 N. Vista Del Pueblo (Refinance) (**T#9**) (**Bates Nos. 67631 – 67633**) |
| 26 | X | X | X | X | | Loan File for 6840 N. Vista Del Pueblo (Refinance) Produced by JP Morgan Chase Bank (**T#9**) (**Bates Nos. 55108 – 55503**) |
| 27 | X | X | X | X | | Certified Copy of Deed of Trust for 6840 N. Vista Del Pueblo (Refinance) (**T#9**) (**Bates Nos. 69057 – 69083**) |
| 28 | X | X | X | X | | Property Diagram for 6840 N. Vista Del Pueblo (HELOC) (**T#10**) (**Bates Nos. 67634 – 67635**) |
| 29A | X | | X | | X | Custodian of Records Affidavit, GMAC, for 6840 N. Vista Del Pueblo (**T#10**) (**Bates Nos. 19936**) |
| 29B | X | X | X | X | | Loan File for 6840 N. Vista Del Pueblo (HELOC) Produced by GMAC (**T#10**) (**Bates Nos. 19939 – 20256**) |
| 30 | X | X | X | X | | Certified Copy of Home Equity Line of Credit Deed of Trust for 6840 N. Vista Del Pueblo (HELOC) (**T#10**) (**Bates Nos. 69084 – 69099**) |
| 31 | X | X | X | X | | Property Diagram for 2302 N. Camino Cascabel (Refinance) (**T#11**) (**Bates No. 67636**) |
| 32 | X | X | X | X | | Loan File for 2302 N. Camino Cascabel (Refinance) Produced by HMC Funding (**T#11**) (**Bates Nos. 21617 – 21914**) |

| NO | Hearsay | Hearsay w/i Hearsay | Lack of Foundation | Not Relevant | Crawford | EXHIBIT |
|---|---|---|---|---|---|---|
| 33 | X | X | X | X | | Certified Copy of Deed of Trust for 2302 N. Camino Cascabel (Refinance) (**T#11**) (**Bates Nos. 68730 – 68752**) |
| 34 | X | X | X | X | | Property Diagram for 2302 N. Camino Cascabel (HELOC) (**T#12**) (**Bates No. 67637**) |
| 35 | X | X | X | X | | Loan File for 2302 N. Camino Cascabel (HELOC) Produced by HMC Funding (**T#12**) (**Bates Nos. 21916 – 22083**) |
| 36 | X | X | X | X | | Certified Copy of Home Equity Line of Credit Deed of Trust for 2302 N. Camino Cascabel (HELOC) (**T#12**) (**Bates Nos. 68753 – 68771**) |
| 37 | X | X | X | X | | Property Diagram for 5221 W. Rhyolite Loop (**T#13**) (**Bates Nos. 67638 – 67642**) |
| 38A | X | X | X | X | | First Loan File for 5221 W. Rhyolite Loop Produced by JP Morgan Chase Bank (**T#13**) (**Bates Nos. 58747 – 59887**) |
| 38B | X | X | X | X | | Second Loan File for 5221 W. Rhyolite Loop Produced by JP Morgan Chase Bank (**T#13**) (**55710 – 56549**) |
| 39 | X | X | X | X | | Certified Copy of Deeds of Trust for 5221 W. Rhyolite Loop (**T#13**) (**Bates Nos. 69037 – 69056; 69278 - 69306**) |
| 40 | X | X | X | X | | Property Diagram for 13724 E. Cienega Creek (**T#14**) (**Bates Nos. 67643 – 67645**) |
| 41A | X | X | X | X | | First Loan File for 13724 E. Cienega Creek Produced by JP Morgan Chase Bank (**T#14**) (**Bates Nos. 56550 – 57174**) |
| 41B | X | X | X | X | | Second Loan File for 13724 E. Cienega Creek Produced by JP Morgan Chase Bank (**T#14**) (**Bates Nos. 57175 – 57467**) |
| 42 | X | X | X | X | | Certified Copy of Deeds of Trust for 13724 E. Cienega Creek (**T#14**) (**Bates Nos. 68772 – 68814; 69307 - 69335**) |
| 49 | X | X | X | X | | Property Diagram for 2302 N. Camino Cascabel (Refinance) (**T#17**) (**Bates No. 67650**) |
| 50A | X | X | X | X | | First Loan File for 2302 N. Camino Cascabel (Refinance) Produced by JP Morgan Chase Bank (**T#17**) (**Bates Nos. 59888 – 60967**) |

| NO | Hearsay | Hearsay w/i Hearsay | Lack of Foundation | Not Relevant | Crawford | EXHIBIT |
|---|---|---|---|---|---|---|
| 50B | X | X | X | X | | Second Loan File for 2302 N. Camino Cascabel (Refinance) Produced by JP Morgan Chase Bank (**T#17**) (**Bates Nos. 57968 – 58746**) |
| 51 | X | X | X | X | | Certified Copy of Deed of Trust and WAMU Equity Plus Deed of Trust for 2302 N. Camino (Refinance) (**T#17**) (**Bates Nos. 68659 – 68688; 68689 – 68701**) |
| 52 | X | X | X | X | | Property Diagram for 10460 N. Flintlock (**T#18**) (**Bates Nos. 67651 – 67653**) |
| 53A | X | | X | | | Custodian Affidavit for 10460 N. Flintlock (**T#18**) (**Bates Nos. 5565**) |
| 53B | X | X | X | X | | Loan File for 10460 N. Flintlock Produced by Bank of America, N.A. (**T#18**) (**Bates Nos. 5566 – 5907**) |
| 54 | X | X | X | X | | Certified Copy of Deed of Trust for 10460 N. Flintlock (**T#18**) (**Bates Nos. 68910 – 68925**) |
| 55 | X | X | X | X | | Property Diagram for 1540 W. Daybreak Circle (**Bates Nos. 67663 – 67664**) |
| 56A | X | | X | | X | Custodian of Records Affidavit, Countrywide Home Loans (**Bates No. 10080**) |
| 56B | X | X | X | X | | Loan File for 1540 W. Daybreak Circle Produced by Countrywide Home Loans Inc. (**Bates Nos. 10292 – 10457**) |
| 57 | X | X | X | X | | Certified Copy of Deed of Trust for 1540 W. Daybreak Circle (**Bates Nos. 68842 – 68858**) |
| 58 | X | X | X | X | | Property Diagram for 5241 N. Blue Bonnet (**Bates Nos. 67657 – 67659**) |
| 59A | X | | X | | X | Custodian of Records Affidavit, Wells Fargo Bank, N.A., (**Bates No. 40743**) |
| 59B | X | X | X | X | | Loan File for 5241 N. Blue Bonnet Produced by Wells Fargo Bank, N.A. (**Bates Nos. 41912 – 42076**) |
| 60 | X | X | X | X | | Certified Copy of Deed of Trust for 5241 N. Blue Bonnet (**Bates Nos. 68617 – 68631; 68632 – 68638**) |
| 61 | X | X | X | X | | Property Diagram for 6133 W. Sunset Road (**Bates Nos. 67660 – 67662**) |

| NO | Hearsay | Hearsay w/i Hearsay | Lack of Foundation | Not Relevant | Crawford | EXHIBIT |
|---|---|---|---|---|---|---|
| 62 | X | X | X | X | | Loan File for 6133 W. Sunset Road Produced by Select Portfolio Servicing, Inc. (**Bates Nos. 34281 – 34578**) |
| 63 | X | X | X | X | | Certified Copy of Deed of Trust for 6133 W. Sunset Road (**Bates Nos. 68591 – 68607; 68608 - 68616**) |
| 64 | X | X | X | X | | Property Diagram for 8512 N. La Oesta Avenue (**Bates Nos. 67654 – 67656**) |
| 65 | X | X | X | X | | Loan File for 8512 N. La Oesta Avenue Produced by Argent Mortgage (**Bates Nos. 66795 – 66989**) |
| 65A | X | X | X | X | | Additional Pages for Loan File for 8512 N. La Oesta Avenue Produced by Argent Mortgage and Email (**Bates Nos. 69271 – 69277**) |
| 66 | X | X | X | X | | Certified Copy of Deed of Trust for 8512 N. La Oesta Avenue (**Bates Nos. 68926 – 68945**) |
| 67 | X | X | X | X | | Certified Copy of Driver's License of Dino Sisneros (**Bates Nos. 67290 – 67292**) |
| 68 | X | X | X | X | | Certified Copy of Driver's License of Melissa Sisneros (**Bates Nos. 67293 – 67295**) |
| 69 | X | X | X | X | | Certified Copy of Driver's License of Michael Quiroz (**Bates Nos. 68549 – 68551**) |
| 70 | X | X | X | X | | Certified Copy of Driver's License of Larry Wade Steers (**Bates Nos. 69124 – 69126**) |
| 71 | X | X | X | X | | Certified Copy of Driver's License of Robert Wesley Irwin (**Bates Nos. 69127 – 69129**) |
| 72 | X | X | X | X | | Certified Copy of Driver's License of Theresa Mary Coyne (**Bates Nos. 69130 – 69132**) |
| 73 | X | X | X | X | | Certified Copy of Driver's License of Timothy Robert Coyne (**Bates Nos. 69133 – 69135**) |
| 74 | X | X | X | X | | Certified Copy of Driver's License of Doran Leroy Moats (**Bates Nos. 69136 – 69138**) |
| | X | X | X | X | | Certified Copy of Driver's License of Thomas William Cooke (**Bates Nos. 69139 – |

| 75 | | | | | | **69141**) | |